NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000174**
**24-APR-2013**
**08:30 AM**

NO. CAAP-13-0000174

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DARYL S. TOKUNAGA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-13-012561)

ORDER GRANTING DEFENDANT-APPELLANT'S
APRIL 11, 2013 MOTION TO DISMISS THE APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the letter filed April 11, 2013, by Defendant-Appellant Daryl S. Tokunaga, pro se, which the court will construe as a motion to dismiss the appeal, and the records and files herein, it appears that the record on appeal has not been filed and the appeal has not been docketed. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawai'i, April 24, 2013.

Chief Judge

Associate Judge

Associate Judge